UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| /vs/ | * Case No. 8:17-mj-03270-TMD-1 |
| GARRETT M. SHEEHAN | * INITIAL APPEARANCE: 12.20.17 @ 8:30 AM |
| *Defendant* | * |

## APPEARANCE LINE AND WAIVER OF INITIAL APPEARANCE

Please enter the appearance of John P. Kudel and Karp, Wigodsky, Norwind, Kudel Gold, P.A. as attorneys for the Defendant, **GARRETT M. SHEEHAN**, in the above-captioned case. The Defendant hereby waives the Initial Appearance in this matter and respectfully requests that the Clerk's Office contact undersigned counsel to schedule this matter for trial in order to avoid scheduling conflicts and unnecessary delay.

Respectfully submitted,

JOHN PATRICK KUDEL
Attorney for Defendant
2273 Research Boulevard, Suite #200
Rockville, Maryland 20850
JPKUDEL@KARPLAWFIRM.NE
Tel: (301) 762-3770; Fax: (301) 948-5449

JOHN PATRICK KUDEL, P.A.
2273 RESEARCH BOULEVARD, SUITE 200
ROCKVILLE, MARYLAND 20850
TELEPHONE: (301) 762-3770

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing APPEARANCE LINE AND WAIVER OF INITIAL APPEARANCE was electronically filed in the United States District Court for the District of Maryland this _12th_ day of December, 2017.

JOHN PATRICK KUDEL
Attorney for Defendant